IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| THE CONSTRUCTION INDUSTRY RETIREMENT FUND OF ROCKFORD, ILLINOIS and THE CONSTRUCTION INDUSTRY WELFARE FUND OF ROCKFORD, ILLINOIS, <br><br> Plaintiffs, <br><br> vs. <br><br> MENDEZ TRUCKING CO., an Illinois corporation, <br><br> Defendant. | District Judge: Philip G. Reinhard <br><br> Magistrate Judge: Iain D. Johnston <br><br> Case No: 12-cv-50159 |

## MOTION FOR ENTRY OF DEFAULT JUDGMENT IN A SUM CERTAIN

The Construction Industry Retirement Fund of Rockford, Illinois, and The Construction Industry Welfare Fund of Rockford, Illinois, (hereinafter referred to as "Plaintiffs" or "the Funds") state as follows for their Motion for Entry of Default Judgment in a Sum certain against Defendant, Mendez Trucking Co.

1. Plaintiffs filed a complaint in this matter on May 3, 2012.(Dkt # 1).

2. Defendant was served with the Complaint and Summons on July 22, 2013, making its responsive pleading due no later than August 13, 2012. (Dkt # 11).

3. On November 26, 2012, the District Court entered an Order finding Defendant in default for failing to file a responsive pleading, and ordering Defendant to turnover certain records to facilitate an audit within 30 days. (Dkt # 20).

4. To date, Defendant has not had an appearance filed on its behalf or filed any form of responsive pleading.

5. Pursuant to the Complaint, Defendant is liable for unpaid contributions to the Funds and late fees which were accrued in September 2009 and intermittently thereafter, pursuant to the collective bargaining agreement and subsequent trust agreements to which Defendant is bound.

6. According to the Affidavit of Shelli McPeek on behalf of the Funds, attached hereto as Exhibit A, Defendant is liable for $105,132.50 in unpaid contributions, audit fees, and liquidated damages, all of which are recoverable under the applicable agreements.

7. The Declaration Regarding Attorney's Fees, attached as Exhibit B, indicates that an additional $2,971.75 is due and owing for the costs and attorneys fees incurred in pursuing this case against Defendant, the recovery of which is provided for in the applicable agreements.

8. Based upon the forgoing, a default judgment should enter under Rule 55(b) in the amount of **$108,104.25** ($105,132.50 in unpaid contributions, liquidated damages, and audit costs, plus $2,971.75 in attorney's fees and costs = $108,104.25).

WHEREFORE, Plaintiffs respectfully move this Court for entry of a default judgment against Defendant, Mendez Trucking Co., in the amount of $108,104.25.

THE CONSTRUCTION INDUSTRY RETIREMENT FUND OF ROCKFORD, ILLINOIS & THE CONSTRUCTION INDUSTRY WELFARE FUND OF ROCKFORD, ILLINOIS , Plaintiffs

By: WILLIAMSMCCARTHY, LLP

/s/   Troy E. Haggestad

## CERTIFICATE OF LAWYER AND NOTICE OF ELECTRONIC FILING

The undersigned certifies that:

1) On May 14, 2013, the foregoing document was electronically filed with the District Court Clerk via CM/ECF filing system; and

2) On May 14, 2013, the foregoing document was placed in the U.S. mail with postage paid, addressed to the following:

>Mendez Trucking Co.
>c/o Maria Mendez, Registered Agent
>731 East Hurlbut Avenue
>Belvidere, IL 61008

/s/ Troy E. Haggestad

Troy E. Haggestad, Esq. (#06229384)
WilliamsMcCarthy LLP
120 W. State Street, Suite 400
P.O. Box 219
Rockford, IL 61105-0219
815/987-8900
E-mail: thaggestad@wilmac.com